UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
SECURITIES INDUSTRY AND FINANCIAL       )
MARKETS ASSOCIATION, et al.,            )
                                        )
            Plaintiffs,                 )
                                        )
        v.                              )   Civil Action No. 13-1916 (PLF)
                                        )
UNITED STATES COMMODITY FUTURES         )
TRADING COMMISSION,                     )
                                        )
            Defendant.                  )
_____ )


MEMORANDUM OPINION AND ORDER

The Court issued an Opinion and an accompanying Order on September 16, 2014, in which it granted in part and denied in part plaintiffs' motion for summary judgment and granted in part and denied in part defendant's motion for summary judgment. Sec. Indus. & Financial Mkts. Ass'n v. U.S. Commodity Futures Trading Comm'n, 67 F. Supp. 3d 373 (D.D.C. 2014). In its Order, the Court remanded without vacating eight rules to the CFTC so that the agency could conduct cost-benefit analyses with respect to the extraterritorial applications of those rules. Id. at 430-38. Since then, neither party has filed any notice regarding whether the CFTC has completed this task and has repromulgated the rules.

Accordingly, it is hereby

ORDERED that on or before September 1, 2015, the parties shall file a joint status report apprising the Court of the CFTC's activities upon remand.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  August 17, 2015